**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-1449**

———————

PAULINE CRUSENBERRY,

                                        Plaintiff - Appellant,

        versus

BODDIE-NOELL ENTERPRISES, INCORPORATED,

                                        Defendant - Appellee.

———————

**No. 01-1497**

———————

PAULINE CRUSENBERRY,

                                        Plaintiff - Appellee,

        versus

BODDIE-NOELL ENTERPRISES, INCORPORATED,

                                        Defendant - Appellant.

———————

Appeals from the United States District Court for the Western District of Virginia, at Big Stone Gap. James P. Jones, District Judge. (CA-99-129-2)

———————

Submitted: October 24, 2001        Decided: November 26, 2001

Before WIDENER, NIEMEYER, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Mark T. Hurt, Abingdon, Virginia; Brian S. McCoy, Rock Hill, South Carolina, for Appellant. Melissa Walker Robinson, C. Kailani Memmer, Monica Leigh Taylor, GENTRY, LOCKE, RAKES & MOORE, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 01-1449, Pauline Crusenberry appeals the district court's order denying her motion for new trial.  We have reviewed the record and the district court's opinion and find no reversible error.  See Fitzgerald v. Greene, 150 F.3d 357, 362 (4th Cir. 1998); City of Richmond v. Madison Mgmt. Group, Inc., 918 F.2d 438, 459 (4th Cir. 1990).  Accordingly, we affirm.

In its cross-appeal, No. 01-1497, Boddie-Noell challenges the district court's order denying its bill of costs pursuant to Fed. R. Civ. P. 54(d)(1).  However, our review of the record and district court's order again reveals no reversible error.  Accordingly, we affirm that decision on the reasoning of the district court.  Crusenberry v. Boddie-Noell Enterprises, Inc., No. CA-99-129-2 (W.D. Va. Mar. 15, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3